IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  01-992 |
| $12,000.01 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 3rd day of _____, 2006, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED that this civil forfeiture action be, and hereby is, dismissed without prejudice.

The Court shall mark this case closed

_____ J.